Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

Djimo Fenelus

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Miami Dade College Wolfson Campus

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 20-cv-20037-Scola/Torres
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☒ No

FILED BY J.B. D.C.
JAN - 6 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Djimo Fenelus
Street Address: 1160 NE 140th St, Miami, FL, 33163
City and County: Miami Dade
State and Zip Code: FL 33163
Telephone Number:
E-mail Address: SenkFiveCinco@gmail.com

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    Defendant No. 1
        Name     _____
        Job or Title *(if known)*     _____
        Street Address     _____
        City and County     _____
        State and Zip Code     _____
        Telephone Number     _____
        E-mail Address *(if known)*     _____

    Defendant No. 2
        Name     _____
        Job or Title *(if known)*     _____
        Street Address     _____
        City and County     _____
        State and Zip Code     _____
        Telephone Number     _____
        E-mail Address *(if known)*     _____

    Defendant No. 3
        Name     _____
        Job or Title *(if known)*     _____
        Street Address     _____
        City and County     _____
        State and Zip Code     _____
        Telephone Number     _____
        E-mail Address *(if known)*     _____

    Defendant No. 4
        Name     _____
        Job or Title *(if known)*     _____
        Street Address     _____
        City and County     _____
        State and Zip Code     _____
        Telephone Number     _____
        E-mail Address *(if known)*     _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *Civil rights / education*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Dino Fenelus , is a citizen of the State of *(name)* Florida .

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,
      and has its principal place of business in the State of *(name)* _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____ N/A _____

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

_____ Subject to The Whim and will of fools, iE, Challenged Mentally _____

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A. For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff _____
Printed Name of Plaintiff _____

**B. For Attorneys**

Date of signing: 01/06/2019

Signature of Attorney: [signature]
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: NA
Street Address: 1160 NE 140th St
State and Zip Code: FL, 33163
Telephone Number: _____
E-mail Address: Senkxive Cinco @ gmail.com

*(Statement of Facts)*

I've Taken The AcuPlacer Next Gen And Have Scored Above 200 in every Section The last AccPlacer Deemed 200 entrence into College Algebra, The Template is College ~~Boar~~ Board And the entrence for My Major ~~My Majore~~ is 200-300 Miami Dade College, ~~My Major~~ Set 237-200 and refused to Validate Their system with ~~AcesPortal.CollegeBoard.org~~
www.AcesPortal.CollegeBoard.org

I Plan Military Contracting and I am Not going to Subject Myself to Malfunction

I Have Been Placed in an MAT for ellementary School Algebra
It is Not a College X class

My scores granted me 12 Credits I Need 16 each semester I Plan on Doing a Toure ~~thro~~ Through The Private Contractor whom I've fowarded to sgt Reynolds

and i'm Also requesting servic Attorney To Confront My Case including the Citrus foster Agency for Back Pay and The Habeas Corpus Now revised
The Habeas is 1:19-cv-25052-KMM
I added The Correct Citations of U.S. District Code

I ~~Quantatiu~~ Calculus and Analytical Geometry, MAC 2311, and CoP 2270-C" for engineers, POS ~~2112~~ 2041 ~~American federal government~~ ~~cut~~ and STA 2023, Because some Chose My Classes for me

Final Draft

(Statement of Facts)

I've Taken The AcuPlacer Text Next Generation And I've Scored 200 on each Section. X 50 equals one Credit granting Me Twelve and I'm Short One For scoring 251 I Need 16 each Semester

I Need Them To use College Board Aces to Validate Theire system The Link is within The ex. From The Last AcuPlacer 200 granted me College Algebra, and Far Below is College Ready I'm Challenging Competancy a Discrediting

College Board Created The AcuPlacer 200-300 K Deams entry into My Field

Requests Service Attorney

## Validate Your Policies with ACES

**Do you use College Board tests in admissions or placement? Get a free custom study.**

| Sign In (https://acesportal.collegeboard.org/portal/account/login) | Learn More (/about-aces) |

## Site Topics

### About ACES
Learn how ACES can help your institution—and review the 2018 updates.

### ACES Studies
Get details about the types of study that you can request.

### FAQ
See answers to common questions about ACES.

### Resources
Download design guides and data layout templates for each type of ACES study.



Miami Dade College

Page 1 of 7

## Student Self Service Audit Report
For Djino Fenelus prepared on 12/19/2019

| Program | Requirement Term | Requirement Status |
|---|---|---|
| Undergraduate Career | Spring 2020 | Not Satisfied |
| Associate Program | Spring 2020 | Not Satisfied |
| Engineering - Mechanical Pathway | Spring 2020 | Not Satisfied |

### AA Pathway to a Major in Mechanical Engineering
Not Satisfied: AA Pathway to a Major in Mechanical Engineering

- Units: 60.00 required, 12.00 used, 48.00 needed
- GPA: 2.00 required, 0.000 completed
- Combined Cum GPA: 0.000

### Communications
Not Satisfied: Students must pass both ENC1101 and ENC1102 to satisfy this requirement.

- Units: 6.00 required, 3.00 used, 3.00 needed

#### Communications
Not Satisfied:

- Units: 3.00 required, 3.00 used, 3.00 needed

**Courses Used**

| Term | Subject | Catalog Nbr | Course Title | Grade | Units | Type |
|---|---|---|---|---|---|---|
| Spr 2020 | ENC | 1101 | English Comp 1 | | 3.00 | IP |

**Courses Available**

ENC 1102, TNRF

### Mathematics
Not Satisfied: Students must pass one course from each group to satisfy this requirement.

- Units: 6.00 required, 0.00 used, 6.00 needed

#### Mathematics (FL)
Not Satisfied:

- Units: 3.00 required, 0.00 used, 3.00 needed

**Course Available**

MAC 1102, MAC 1104, MAC 1105, MAC 1106, MAC 1114, MAC 1123, MAC 1124, MAC 1132, MAC 1140, MAC 1142, MAC 1147, MAC 2311, MAC 2312, MAC 2313, MAC 2318, MAT 201, MAT 251, MGF 1106, MGF 1107, MGF 1113, MGF 1114, MGF 2113, MS 225, MTH 201, MTH 215, STA 2014, STA 2023

#### Mathematics (MDC)
Not Satisfied:



Miami Dade College

Page 2 of 7

Units: 3.00 required, 0.00 used, 3.00 needed

### Courses Available

ACC 250, BST 205, MAC 1102, MAC 1104, MAC 1105, MAC 1106, MAC 1114, MAC 1123, MAC 1124, MAC 1132, MAC 1140, MAC 1142, MAC 1147, MAC 1253, MAC 2154, MAC 2223, MAC 2233, MAC 2241, MAC 2311, MAC 2312, MAC 2313, MAC 2318, MAC 2411, MAC 2412, MAC 2913, MAC 2930, MAC 2931, MAC 2990, MAC 2991, MAC 2994, MAD 2104, MAD 3107, MAP 2302, MAP 2402, MAS 2103, MAS 2301, MAS 3105, MAS 3301, MAS 4203, MAT 251, MGF 1106, MGF 1107, MGF 1113, MGF 1114, MGF 1120, MGF 2113, MGF 2125, MGF 2202, MGF 2106, MS 225, MTG 2204, MTH 225, QMB 2100, STA 2014, STA 2023, TNFR 9905

### Oral Communications
**Satisfied:** Oral Communications

#### Oral Communications
**Satisfied:**

Units: 3.00 required, 3.00 used

### Courses Used

| Term | Subject | Catalog Nbr | Course Title | Grade | Units | Type |
|---|---|---|---|---|---|---|
| Spr 2020 | SPC | 1017 | Fund Of Speech Comm | | 3.00 | IP |

### Humanities
**Not Satisfied:** To satisfy this requirement, students must pass one course from each group

Units: 6.00 required, 0.00 used, 6.00 needed

#### Humanities (FL)
**Not Satisfied:**

Units: 3.00 required, 0.00 used, 3.00 needed

### Courses Available

ARH 1000, HUM 1020, LIT 2000, MUL 1010, PHI 2010, THE 2000

#### Humanities (MDC)
**Not Satisfied:**

Units: 3.00 required, 0.00 used, 3.00 needed

### Courses Available

ARC 2701, ARC 2702, ARH 1000, ARH 2050, ARH 2051, ARH 2740, DAN 2100, DAN 2130, HUM 1020, HUM 1100, IND 1130, LIT 2000, LIT 2120, MUH 2111, MUH 2112, MUL 1010, MUL 2380, PHI 2010, PHI 2604, THE 2000, TNFR 9904

### Behavioral/Social Science
**Not Satisfied:** Students must pass one behavioral science (ANT, CLP, etc.) course and one social science (AMH, ECO, etc.) course to satisfy this requirement.
Select one course from each "OPTION A" group OR select one course from each "OPTION B" group

Units: 6.00 required, 3.00 used, 3.00 needed

# Miami Dade College

Page 5 of 7

- ARH2740: Cinema Appreciation
- ASL2160C: American Sign Language 3
- ASL2200C: American Sign Language 4
- ASL*
- AST*
- BOT*
- BSC*
- CGS1060C
- CHI*
- CHM*
- CIS1000: Introduction to Data Processing
- CLP1006: Psychology of Personal Effectiveness
- COP1332: Introduction to Visual Basic Programming
- COP1334: Introduction to C++ Programming
- COP2270: "C" for Engineers
- DAN2100: Dance Appreciation
- DAN2130: Dance History 1
- DEP2000: Human Growth and Development
- ECO2013: Principles of Economics (Macro)
- ESC1000: General Education Earth Science
- EDF1005: Introduction to the Teaching Profession
- EDF2085: Introduction to Diversity
- EEX2000: Introduction to Special Education
- ENC2300: Advanced Composition and Communication
- FRE*
- FRN*
- GEO2420: Introduction to Cultural Geography
- GER*
- GLY*
- HIS*
- HLP1081: Wellness
- HLP1061: Fitness & Wellness for Life
- HSC2400: Basic Emergency Care
- HUM1020: Humanities
- HUN1201: Essentials of Human Nutrition
- IND1100: History of Interiors 1
- IND1130: History of Interiors 2
- INR2002: International Relations
- ISS1120: The Social Environment
- ISS1161: The Individual in Society
- ISS2270: Multicultural Communications and Relations
- ITA*
- JPN*
- LIT2000: Introduction to Literature
- LIT2120: A Survey of World Literature 2
- LIT2480: Issues in Literature & Culture
- MAC*
- MAD2104: Discrete Mathematics
- MAP*
- MAS*
- MET*
- MGF*
- MUH2111: Survey of Music History 1
- MUH2112: Survey of Music History 2
- MUL1010: Music Appreciation
- MUL2380: Jazz and Popular Music in America
- OCE*
- PCB2033: Introduction to Ecology
- PCB2340C
- PHI2010: Introduction to Philosophy
- PHI2604: Critical Thinking Ethics
- PHY*
- POR*
- POS2041: American Federal Government
- POS2112: State and Local Government in America
- PSC*
- PSY2012: Introduction to Psychology
- QMB2100: Basic Business Statistics
- REL2300: Survey of World Religions
- RUS*





# Miami Dade College

Page 3 of 7

**OPTION A: Behavioral Science (FL)**
**Not Satisfied:**

  Units: 3.00 required, 0.00 used, 3.00 needed

### Courses Available

  ANT 2000, PSY 2012, SYG 2000

**OPTION A: Social Science (MDC)**
**Not Satisfied:**

  Units: 3.00 required, 0.00 used, 3.00 needed

### Courses Available

  AMH 2010, AMH 2020, ECO 2013, ISS 1120, POS 2041, WOH 2012, WOH 2022

**OPTION B: Behavioral Science (MDC)**
**Satisfied:**

  Units: 3.00 required, 3.00 used

### Courses Used

| Term | Subject | Catalog Nbr | Course Title | Grade | Units | Type |
|---|---|---|---|---|---|---|
| Spr 2020 | CLP | 1006 | Psy Of Personal Eff | | 3.00 | IP |

**OPTION B: Social Science (FL)**
**Not Satisfied:**

  Units: 3.00 required, 0.00 used, 3.00 needed

### Courses Available

  AMH 2020, ECO 2013, POS 2041

## Natural Science
**Not Satisfied:** Students must pass one life science (e.g. BSC, PCB, etc.) course and one physical science (e.g. AST, CHM, etc.) course to satisfy this requirement.
Select one course from each "OPTION A" group OR select one course from each "OPTION B" group.

  Units: 6.00 required, 0.00 used, 6.00 needed

**OPTION A: Life Science (FL)**
**Not Satisfied:**

  Units: 3.00 required, 0.00 used, 3.00 needed

### Courses Available

  BSC 1005, BSC 2010, BSC 2085, EVR 1001

**OPTION A: Physical Science (MDC)**





Miami Dade College

SPC1017: Fundamentals of Speech Communication
SPN*
STA2023: Statistical Methods
SYG2000: Introduction to Sociology
SYG2230: Multi-Ethnic America
THE2000: Theatre Appreciation
WOH2012: History of World Civilization to 1789
WOH2022: History of World Civilization from 1789
ZOO*

**Units:** 3.00 required, 3.00 used, 3.00 needed

Electives

**Not Satisfied:** 24 units (credits) are required to satisfy this requirement. The minimum grade for elective courses is D though some limited access programs may require higher minimum grades for pre-requisite courses. See an academic advisor, college mentor, or transfer institution for more information.

**Units:** 24.00 required, 3.00 used, 21.00 needed

Electives
**Not Satisfied:**

**Units:** 24.00 required, 3.00 used, 21.00 needed

Courses Used

| Term | Subject | Catalog Nbr | Course Title | Grade | Units | Type |
|---|---|---|---|---|---|---|
| Spr 2020 | MAT | 1033 | Intermediate Algebra | | 3.00 | IP |

Computer Competency

**Not Satisfied:** To satisfy this requirement, one must pass either the computer skills proficiency (CSP) test or CGS1060 (Introduction to Microcomputer Usage or an equivalent course). See an advisor for more information.

Civic Literacy Competency

**Not Satisfied:** Prior to the award of an associate in arts or baccalaureate degree, first-time-in-college students entering a Florida College System institution in the 2018-19 school year and thereafter must demonstrate competency in civic literacy. This requirement may be satisfied by passing AMH2020, POS2041, or an equivalent AP or CLEP exam.

**Not Satisfied:**

**Courses:** 1.00 required, 0.00 used, 1.00 needed

Courses Available

AMH 2020, POS 2041

Foreign Language Competency

**Not Satisfied:** Rule 6A-10.02412 of the State board of Education defines foreign language competency. There are several ways to satisfy this requirement. See an academic advisor for more information.

First Year Experience (FYE)

**Not Satisfied:** New students seeking an associate in arts degree must enroll in a student life skills (SLS) or equivalent course during their first term. See an advisor for more information.

Gordon Rule

**Overall Requirement Not Satisfied:** To comply with Florida State Board of Education Administrative Rule 6A-10.030

Miami Dade College

Page 7 of 7

(The Gordon Rule: students at MDC must pass both ENC1101 & 1102, earn 6 units in Gordon Rule Communication (GW) courses other than ENC1101 & 1102, and earn 6 units in Gordon Rule Calculation (GC) courses.

### Residency Requirement for AA
**Not Satisfied.** To earn an associate in arts degree from MDC, 25% of its credits (i.e. at least 15) must be earned at MDC (as opposed to transferred from another institution or earned through an exam, e.g. AP, CLEP, etc.).

### Residency Requirement for AA
**Not Satisfied.** Residency Requirement for Graduation
To earn an associate in arts degree at MDC, 25% of its credits must be earned at MDC.

- Units: 15.00 required, 12.00 used, 3.00 needed

#### Courses Used

| Term | Subject | Catalog Nbr | Course Title | Grade | Units | Type |
|---|---|---|---|---|---|---|
| Spr 2020 | CLP | 1006 | Psy Of Personal Eff | | 3.00 | IP |
| Spr 2020 | ENC | 1101 | English Comp 1 | | 3.00 | IP |
| Spr 2020 | MAT | 1033 | Intermediate Algebra | | 3.00 | IP |
| Spr 2020 | SPC | 1017 | Fund Of Speech Comm | | 3.00 | IP |

### Minimum 2.00 Cumulative GPA
**Not Satisfied.** This plan requires a cumulative GPA of at least 2.00 to graduate. (Some plans may have stricter GPA requirements.)

### Minimum 2.00 Cumulative GPA
Minimum 2.00 Cumulative GPA

**Not Satisfied.** Cumulative Grade Point Avg. > or = CUM GPA 2.0

### Units (Credits) Not Used in Plan
This section displays surplus units, and in some cases, courses that are in progress (IP) and have not received a grade yet. It may also display courses with failing grades, preparatory courses, EAP (ESL) courses, or other courses that do not satisfy graduation requirements for this particular certificate or degree.

### Notes
1. Students should check their individual advisement report to determine specific graduation policies in effect for their program of study for the year and term they entered Miami Dade College.
2. Unless otherwise specified, general education courses must be passed with a grade of C or higher.
3. Courses designated in the catalog as occupational will not be applicable towards the Associate in Arts degree.
4. For courses numbered 1900-1999, 2900-2999, check your advisement report for specific graduation requirements that they satisfy.
5. Courses numbered 0001-0999 and 9000-9999 (except TNFR) cannot be used as a part of the Associate in Arts degree.
6. A high school diploma or GED is required to enroll in the Associate in Arts degree program.
7. The GPA listed at the top of this report is the "plan GPA," which includes only grades used to satisfy the graduation requirements of this particular plan. It is not the same as the "cumulative GPA," which accounts for every grade a student has earned. Both of these GPA's are used to determine graduation eligibility.
8. This report is subject to revision and includes only graduation requirements in accord with the student's requirement term.

#### Course History

| Term | Subject | Catalog Nbr | Title | Grade | Units | Type |
|---|---|---|---|---|---|---|
| Spr 2020 | CLP | 1006 | Psy Of Personal Eff | | 3.00 | IP |
| Spr 2020 | ENC | 1101 | English Comp 1 | | 3.00 | IP |
| Spr 2020 | MAT | 1033 | Intermediate Algebra | | 3.00 | IP |
| Spr 2020 | SPC | 1017 | Fund Of Speech Comm | | 3.00 | IP |



Miami Dade College

**Not Satisfied:**

· **Units:** 3.00 required, 0.00 used, 3.00 needed

**Courses Available**

AST 1002, CHM [illegible], CHM 1020, CHM 1025, CHM [illegible], CHM 1033, CHM 1034, CHM [illegible], CHM 1041, CHM 1045, CHM 1046, CHM 1047, CHM 1050, CHM 1051, CHM [illegible], CHM 1941, CHM [illegible], CHM 1990C, CHM [illegible], CHM 1993, CHM [illegible], CHM 2032, CHM 2110C, CHM [illegible], CHM 2120C, CHM [illegible], CHM 2132C, CHM [illegible], CHM 2135C, CHM [illegible], CHM 2205, CHM 2210, CHM [illegible], CHM 2930, CHM 2949, CHM 2990, CHM 2991, CHM 2993, CHM 2999, ESC 1000, ESC 2990, GLY 1000, GLY [illegible], GLY 1006, GLY 1007, GLY 1010, GLY 1015, GLY 1100, GLY 1160, GLY 1781, GLY 1783, GLY 1950, GLY [illegible], GLY 1993, GLY 2990, GLY 2992, MET 1003, MET 1010, MET 1030, MET 1050, MET 2521, MET 2522, MET [illegible], MET 2990, OCE 1001, OCE 2941, OCE [illegible], OCE 2998, PHY 1002, PHY 1003, PHY 1004, PHY 1005, PHY [illegible], PHY 1020, PHY 1025, PHY 1949, PHY [illegible], PHY 2040, PHY 2041, PHY 2042, PHY 2048, PHY 2049, PHY [illegible], PHY 2054, PHY 2205, PHY 2220, PHY 2700, PHY 2949, PHY 2990, PHY 2991, PHY 2993, PHY 2994, PSC [illegible], PSC 1515

OPTION B: Life Science (MDC)
**Not Satisfied:**

· **Units:** 3.00 required, 0.00 used, 3.00 needed

**Courses Available**

BOT 1010, BOT [illegible], BOT 2153, BOT 2153C, BOT [illegible], BOT 2303, BOT 2993, BSC 1000, BSC 1005, BSC 1007, BSC 1008, BSC [illegible], BSC 1050, BSC 1084, BSC [illegible], BSC 1940, BSC [illegible], BSC 1993, BSC 2010, BSC 2011, BSC 2020, BSC [illegible], BSC 2023, BSC 2085, BSC [illegible], BSC 2250, BSC [illegible], BSC 2420C, BSC [illegible], BSC 2426, BSC [illegible], BSC 2564, BSC 2930, BSC [illegible], BSC [illegible], BSC [illegible], BSC [illegible], BSC 2994, EVR [illegible], HUN 1201, OCB [illegible], PCB 2033, PCB 2340C, ZOO [illegible], ZOO 1993, ZOO [illegible], ZOO 2203, ZOO 2303, ZOO 2713, ZOO 2991, ZOO [illegible], ZOO 2994

OPTION B: Physical Science (TC)
**Not Satisfied:**

· **Units:** 3.00 required, 0.00 used, 3.00 needed

**Courses Available**

AST 1002, CHM [illegible], CHM 1045, ESC 1000, PHY 1020, PHY 2048, PHY 2053

## General Education Elective

**Not Satisfied:** General Education Elective

**Units:** 3.00 required, 0.00 used, 3.00 needed

General Education Elective
**Not Satisfied:** 3 units of C or higher in the following courses will satisfy this requirement

ACG2021: Financial Accounting
AMH2010: History of the US to 1877
AMH2020: History of the US since 1877
ANT2000: Introduction to Anthropology
ANT2410: Introduction to Cultural Anthropology
ARC2701: History of Architecture 1
ARC2702: History of Architecture 2
ARH1000: Art Appreciation
ARH2050: Art History 1
ARH2051: Art History 2



Miami Dade College
College-Level Examination Program (CLEP)
Effective October 1, 2019

Miami Dade College uses the minimum scores, credits, and guidelines for awarding credit for exams established by the State of Florida's Articulation Coordinating Committee (ACC). The chart below indicates how CLEP credit will be utilized at MDC. Students transferring to a public senior institution within the State are assured that CLEP credit will transfer when earned as a part of a completed Associate in Arts degree. However, it is the student's responsibility to contact the senior institution if any question exists concerning the acceptance of CLEP scores.

All interested students are encouraged to see an Academic Advisor before registering for the examinations. Students may earn up to 75% of their degree (or up to 45 semester credits) at MDC through CLEP credit-by-exam options. More information about CLEP, including recent test information guides, can be found online at www.collegeboard.com/highered/clep.

| CLEP Examination | MDConnect Test Components | MDC Subject Area ▲ | Equivalent Course | Semester Credit | Paper/Pencil Passing Score | CBT Passing Score |
|---|---|---|---|---|---|---|
| Accounting, Principles of (not available after 6/30/2007) | NONE | O | ACH 2001 | 3* | 49 | 50 |
| Algebra, College | TC11 | M | MAC 1105 | 3 | 47 or 50M | 50 |
| Algebra-Trigonometry, College (not available after 6/30/2006) | NONE | M | MAC 1147 | 5 | 50 | 50 |
| American Government | TC30 | S | POS 2041 | 3 | 50 | 50 |
| American Literature | TC37 | H | AML 1000+ | 3 | 46 | 50 |
| Analyzing and Interpreting Literature | TC81 | H | NONE ♦ (Recommend American or English Lit) | 3 | 51 or 50M | 50 |
| Biology, General | TC18 | N | BSC 1005 | 3* | 49 | 50 |
| Business Law, Introduction to | TC17 | O | BUL 2241 | 3 | 51 | 50 |
| Calculus | TC62 | M | MAC 2233 | 3 | 49 | 50 |
| Chemistry, General | TC26 | N | CHM 1020 or CHM 1025 | 3* | 50 | 50 |
| College Composition (available 07/01/2010) | TC91 | E | ENC 1101 & ENC 1102 | 6 | 50M | 50 |
| College Composition Modular (available 07/01/2010) (Not recommended for MDC purposes – recommend College Composition) | TC92 | E | ENC 1101 & ENC 1102 if supplemental essay option passed or NONE ♦ | 6 | 50M | 50 |
| Educational Psychology, Introduction to | TC67 | O | EDP 1002+ | 3 | 50 | 50 |
| English Composition with Essay (not available after 6/30/2010) | TC09 | E | ENC 1101 | 3** | 500 or 50M | 50 |
| English Literature | TC20 | H | ENC 1000+ | 3 | 49 | 50 |
| Financial Accounting | TC89 | O | ACG 2001 | 3 | N/A | 50 |
| French Language | TC76 | O | FRE 1120 / FRE 1121 | 4 / 8 | 42 / 46 | 50 / 59 |
| Freshman Composition (not available after 6/30/2006) | TC71 | E | NONE ♦ (Recommend English Composition with Essay instead) | 3** | 51 or 50M | 50 |
| German Language | TC75 | O | GER 1120 / GER 1121 | 4 / 8 | 43 / 52 | 50 / 60 |
| History of the United States I: Early Colonization's to 1877 | TC80 | S | AMH 2010 | 3 | 49 or 50M | 50 |
| History of the United States II: 1865 to the Present | TC79 | S | AMH 2020 | 3 | 49 or 50M | 50 |
| Human Growth and Development | TC14 | S | DEP 1004+ | 3 | 51 | 50 |
| Humanities | TC04 | H | HUM 1235+ or HUM 1250+ | 3 | 490 or 50M | 50 |
| Information Systems and Computer Applications | TC68 | O | CGS 1077+ (unique to this exam) | 3 | 49 or 50M | 50 |
| Macroeconomics, Principles of | TC72 | S | ECO 2013 | 3 | 50 | 50 |
| Management, Principles of | TC74 | O | MAN 2021 | 3 | 49 or 50M | 50 |
| Marketing, Principles of | TC69 | O | MAR 1011 | 3 | 50 | 50 |

CLEP-Chart- Effective 10-01-2019



**Miami Dade College**
**College-Level Examination Program (CLEP)**
**Effective October 1, 2019**

| CLEP Examination | MDConnect Test Components | MDC Subject Area | Equivalent Course | Semester Credit | Paper/Pencil Passing Score | CBT Passing Score |
|---|---|---|---|---|---|---|
| Mathematics, College | TC07 | M | MGF 1106 or MGF 1107 | 3 | 500 or 50M | 50 |
| Microeconomics, Principles of | TC73 | S | ECO 2023 | 3 | 50 | 50 |
| Natural Sciences | TC02 | N | NONE ♦ (Recommend specific subject exams) | 3 | 490 or 50M | 50 |
| Precalculus | TC87 | M | MAC 1140 | 3 | 50 | 50 |
| Psychology, Introductory | TC70 | S | PSY 2012 | 3 | 49 or 50M | 50 |
| Social Science and History | TC05 | S | NONE ♦ (Recommend specific subject exams) | 3 | 490 or 50M | 50 |
| Sociology, Introductory | TC31 | S | SYG 2000 | 3 | 50 or 50M | 50 |
| Spanish Language | TC77 | O | SPN 1120<br>SPN 1121 | 4<br>8 | 45<br>48 | 50<br>63 |
| Spanish with Writing Level 1&2 (Until further notice, not recommended for MDC purposes – recommend Spanish Language) | TC95 | O | NONE (Recommend Spanish Language instead) | NA | NA | NA |
| Trigonometry (not available after 6/30/2006) | NONE | M | MAC 1114 | 3 | 54 | 50 |
| Western Civilization I: Ancient Near East to 1648 | TC65 | S | EUH1000 | 3 | 50 | 50 |
| Western Civilization II: 1648 to Present | TC66 | S | EUH 1001 | 3 | 48 | 50 |

\* Credit awarded for lecture component of the course(s) only.

\*\* Credit awarded only after passing the essay component.

+ Required equivalent course used for examination purposes only at MDC. See Area Substitution Chart on page 3.

♦ No direct equivalent course. See Area Substitution Chart on page 3.

▲ MDC Subject Area Codes: E=English, H=Humanities, M=Mathematics, N=Natural Science, O=Other,

S= Social Science, M Paper-and-Pencil CLEP exams = 14. Available for Military and remote areas since February, 2003.

Original paper-and-pencil exams were discontinued on July 1, 2001.

CLEP-Chart- Effective 10-01-2019



Miami Dade College
College-Level Examination Program (CLEP)
Effective October 1, 2019

## Area Substitution Chart

| CLEP Examination | Area Substitution |
|---|---|
| American Literature<br>AML 1000+<br>AML 1010+ | General Education Elective |
| Analyzing and Interpreting Literature♦ | Electives Box (24 credits) |
| English Literature<br>ENL 1000+ | General Education Elective |
| Freshman Composition (with Essay)♦<br>(Not available after 6/30/2006) | Electives Box (24 credits) |
| Human Growth and Development<br>DEP 1004+ | General Education Elective |
| Humanities<br>HUM 1235+<br>HUM 1250+ | General Education Elective |
| Information Systems<br>CGS 1077+ (unique to this exam)<br>(Prior to October 2015; Information Systems and Computer Applications) | General Education Elective |
| Introduction to Educational Psychology<br>EDP 1002+ | General Education Elective |
| Natural Science♦ | Electives Box (24 credits) |
| Social Science & History♦ | Electives Box (24 credits) |

Notes:
+Required equivalent course used for examination purposes only at MDC.
♦No direct equivalent course.

CLEP-Chart- Effective 10-01-2019