United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Djino Fenelus, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 20-20037-Civ-Scola |
| Miami Dade College, Wolfson Campus, Defendant. | ) |
| | ) |
| | ) |

## Order Dismissing Case

This matter is before the Court on an independent review of the record. The Plaintiff Djino Fenelus initiated this action on January 6, 2020 against Miami Dade College, where he is currently enrolled. (*See generally* ECF No. 1.) Fenelus fails to assert a cause of action or any discernable request for relief. For example, his statement of claim reads "subject to The whim and will of fools, iE, Challenged Mentally." (ECF No. 1 at 4.) The field on his form complaint for relief asking the Plaintiff to "state briefly and precisely what damages or other relief the plaintiff asks the court to order" is left blank. (*Id.* at 4-5.)

The Complaint appears to accuse Miami Dade College of placing the Plaintiff in the incorrect math class, into Elementary School Algebra rather than College Algebra. (*Id.* at 6-7.) Cutting through the generally unintelligible language of the Complaint, the Plaintiff complains that he is one credit short of meeting the school's requirements due to his placement in a lower level math class. (*Id.*) The Complaint never specifies what relief he seeks from the Court.

"[A] district court has the inherent authority to dismiss a patently frivolous complaint." *Cuyler v. Aurora Loan Services, LLC*, 2012 WL 10488184, at *2 (11th Cir. Dec. 3, 2012). "A complaint is frivolous where it lacks an arguable basis either in law or in fact." *Guthrie v. U.S.* Government, No. 17-80390, 2017 WL 5479877, at *2 (S.D. Fla. March 31, 2017) (Middlebrooks, J.) (citations and quotations omitted). Here, the Complaint is without arguable merit in law or in fact. As a result, this case is **dismissed** under the Court's inherent authority.

The **Clerk** is instructed to **close** this case and **mail** a copy of this order to the Plaintiff at the address listed below. All pending motions, if any, are **denied** as moot.

**Done and ordered**, in chambers, at Miami, Florida on January 8, 2020.

_____
Robert N. Scola, Jr.
United States District Judge

*Copies to:*
Djino Fenelus
1160 NE 140th Street
Miami, FL 33161