(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: cv-20037

Dino Fenelus

Plaintiff(s)

v.

~~Fair Housing~~ / Non Sob
Rosario, Alexander

Defendant(s)

FILED BY _____ D.C.
JAN -9 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

### email Corespondance
(TITLE OF DOCUMENT)

I, Dino Fenelus, plaintiff or defendant, in the above styled cause,

I Sent off My Consumer Report for an Illegal tow By Downtown Towing in Reference to Another Consumer Case in which I reported unauthorised Labor, Then linked to That Same Case I reported That The Dealer for The Vehicle Did Not repair The ~~Gare~~ Car after it Broke Down Befor I finished Making it's Payments and I was estimated Back Pay That was verified and linked to The Case I Had # 2016-5962 I also mentioned a Back Pay Case for The Year of 2013 A Benificary Overseer of Survivors Bennifist Report To The IRS, is Fals I was in a Youth & group Home The Majority of That year exhibits with The Case linked to 19CV-25052 Dino Fenelus vs Citrus Family

I as a ward of state and an USMC enlistment dunked and verified the funds to My Guardian Recruiter as to secure and Match funds available to Me @ Deployment which is My intention as well with the other cases, I was credited vehicles By Consumer services for winning the ordeal and used some forthought and gaining more funds I inquired of The Ford GT that defeated Ferrari and Bought an After Market one that Did Not Sale for Being over Priced (Through Consumer) never well off then Bought them in Hopes to sell But Their conditions worsed, Through storage and rusted to the point of No Return as the junk cars were more expensive I ordered a rust remover the sorts of lime away and After Market Parts Had them Fix it and then Traded it for several more. I was Told That My case was closed By Alexander, and I am claiming Plagerism

**Certificate of Service**

I _DL Domo Fenelus_, certify that on this date _01/10/2020_ a true copy of the foregoing document was mailed to: _____
name(s) and address(es)

By:

_____
Printed or typed name of Filer

_____
Florida Bar Number

_____
Phone Number

1160 NE 140th st
Street Address

Miami, FL, 33163
City, State, Zip Code

_[signature]_
Signature of Filer

SenkFiveCinco@gmail.com
E-mail address

_____
Facsimile Number



Djino Fenelus <senkfivecinco@gmail.com>

## Case # 2016-5962 - Downtown Towing Company

**Djino Fenelus** <senkfivecinco@gmail.com>  Tue, Jan 7, 2020 at 3:29 PM
To: "Consumer (RER)" <Consumer@miamidade.gov>, Alexander.Rosario@miamidade.gov

I BOUGHT THE CAR FROM A JOSH AUTO AND THE TITLE IS IN MY POSSESSION AND I GOT THE TOW ORDER FROM ISABELLE IN THAT YEAR AND SHE CONFIRMED THAT SHE CALLED NORTH MIAMI, AND CITY CODE IT IS A RARE CAR FOR BEING THE HEAVY SET OF THE NEW GENERATION COILS AND JUST BECAUSE THE ORDER WAS TYPED DOES NOT MEAN IT WAS TRUE AND THE CAR WAS SOLD TO THE DEALER AND THE OWNER HAD NOT REPORTED IT STOLEN NEITHER DID THE DEALER , I DID NOT REGISTER THE VEHICLE , BUT IT WAS ONE OF 2 REGISTERED TO MY NAME AND PLACED ON THE TITLE THROUGH RECORD BOTH HYUNDAI AND THE REASON BEING IS THAT THE CAR BROKE DOWN AND THE GOLD HYUNDAI STILL HAS AN OPEN TRAFFIC CASE FOR TICKET I'M GOING TO ADD YOU TO THE CASE I FILED AS I ASSUME YOU ARE JUST SOME ONE WHO IS TRYING TO MAKE WAY WITH MY THINGS AND I ALSO CONFIRMED MY VEHICLE WITH MY MILITARY RECRUITER , BOTH NORTH MIAMI AND CITY CODE STATED THEY DID NOT ORDER TOW AND IT IS DOCUMENTED BY HER YOU ARE PLAGIARIZING, I HAVE WITNESS AND I NEVER CLAIMED THE FUNDS WON IN THE CASE AGAINST THE DEALER FOR SELLING AND NOT FIXING THE CAR FOR BREAKING DOWN BEFORE I FINISHED THE PAYMENTS MY MECHANIC FEE PART FEES AND ETC ALSO THE FEES FOR FOR A SSI BACK PAY CLAIM MADE AS I WAS A DEPENDENT TO A BENEFICIARY OVER SEER OF SURVIVORS BENEFITS THE FUNDS CLAIMED TO SOCIAL SECURITY ON 2013 AS BEING SPENT ON ME WERE NOT TRUE SO I ASSUME YOU ARE AMONG THE PARTY WHO IS TRYING TO STEEL THEM AND ALL THE ORDERS I MADE WHICH IS NATURAL AND ALSO WHY I SECURED THOSE CARS AND FUNS THROUGH MY MILLITARY RECRUITER

[Quoted text hidden]



Djino Fenelus <senkfivecinco@gmail.com>

## Case # 2016-5962 - Downtown Towing Company

**Consumer (RER)** <Consumer@miamidade.gov>   Tue, Jan 7, 2020 at 3:36 PM
To: Djino Fenelus <senkfivecinco@gmail.com>
Cc: "Consumer (RER)" <Consumer@miamidade.gov>, "Rosario, Alexander (RER)" <Alexander.Rosario@miamidade.gov>

Mr. Fenelus,

Attached is the business response. Your concerns appear understandable.

We are unable to comment nor suggest at this time.

Best,

*Robert Pedraza, Mediation Center Lead Worker, Consumer Protection*

Business Affairs

Department of Regulatory and Economic Resources

601 NW 1 Court, 18th Floor

Miami, Florida 33136

Phone: 786-469-2392

[Quoted text hidden]

📎 **2016 5962 business response.pdf**
946K